# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KEVIN YOUNGBLOOD,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE,** ) <br> **Commissioner of Social Security,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **CIVIL ACTION** <br> **No. 08-2607-KHV-GBC** |

## ORDER

Kevin Youngblood appeals the final decision of the Commissioner of Social Security denying disability insurance benefits and supplemental security income. On November 2, 2009, Magistrate Judge Gerald B. Cohn recommended that the Commissioner's decision be reversed and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #15). The deadline for written objections to the report and recommendation was November 17, 2009. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #15) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED**. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report And Recommendation (Doc. # 15) filed November 2, 2009.

Dated this 4th day of December, 2009 at Kansas City, Kansas.

                                                     s/ Kathryn H. Vratil <br>
                                                     KATHRYN H. VRATIL <br>
                                                     United States District Judge